UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
AXA INSURANCE COMPANY et al.

                Plaintiff,

    - against -

M/V COSCO NAGOYA etc. et al.

                Defendant.
-------------------------------------------------------------X

**14 Civ. 7420**

**NOTICE OF VOLUNTARY DISCONTINUANCE**

    **IT IS HEREBY NOTICED** that the above-captioned action, in accordance with the provisions of Rule 41(a) of the Federal Rules of Civil Procedure, be and hereby is voluntary dismissed without prejudice and without costs, no party having answered or otherwise appeared in the action.

Dated: New York, New York
       September 18, 2014
       309-06

                                    **CASEY & BARNETT, LLC**
                                    Attorneys for Plaintiff

                    By:     _/s/ Martin F. Casey_____
                                    Martin F. Casey
                                    41 Madison Avenue, Ste 2528
                                    New York, New York 10010
                                    (212) 286-0225